

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00096-CV

Jasman L. **THOMAS**,
Appellant

v.

Gary **SINGLER**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV00592
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order that no costs be assessed against appellant because she qualifies as indigent.

SIGNED July 17, 2024.

_____
Irene Rios, Justice